# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0140
_____

KRISTINA BROWNING,

Appellant,

v.

INDIAN RIVER COUNTY SCHOOL
BOARD/RELATION INSURANCE
SERVICES OF FLORIDA,

Appellees,

_____

On appeal from the Office of the Judges of Compensation Claims.
Thomas A. Hedler, Judge.

March 11, 2026

PER CURIAM.

This case is dismissed without prejudice to the appellant's right to appeal upon entry of a final order. *Hoffman v. O'Connor*, 802 So. 2d 1197, 1198 (Fla. 1st DCA 2002).

RAY, KELSEY, and LONG, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Richard E. Zaldivar of Richard E. Zaldivar, P.A., Miami, for Appellant.

No appearance for Appellee.